UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE TORO, on behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br>   -against-<br><br>SMELLY PROOF, INC.<br><br>     Defendant. | Case No. 1:22-cv-7647<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Forest Hills, New York
    January 23, 2023

                Respectfully Submitted,

                **/s/ Mars Khaimov**
          By: Mars Khaimov, Esq.
            108-26 64th avenue, Second Floor
            Forest Hills, New York 11375
            Tel (929) 324-0717
            Fax (929) 333-7774
            Email: mars@khaimovlaw.com
            *Attorney for Plaintiff*